

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Deven Ingram,

Vs. No. 11-19-00239-CR

The State of Texas,

* From the 259th District Court
of Jones County,
Trial Court No. CR-026995.

* June 17, 2021

* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed, and we render a judgment of acquittal.